**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-cr-20 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| WANDA THOMPSON | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

---

**ORDER**

---

On March 18, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to Count One of the Information; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Information; and (c) Defendant remain free on bond conditions pending sentencing in this matter or further order of the Court. (Doc. 12.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore **ORDERED**:

1. Defendant's plea of guilty to Count One of the Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Information; and

3. Defendant **SHALL REMAIN FREE ON BOND CONDITIONS** pending sentencing on **July 28, 2017**, at **2:00 p.m.** or further order of the Court.

**ENTER.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**